IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LAQUANRA ERICA ROSS,<br>    Plaintiff,<br><br>v.<br><br>VANNESSA BATTLE, *et al*,<br>    Defendant(s). | Civil Action No. 7:14-cv-00407<br><br>**MEMORANDUM OPINION**<br><br>By:    Norman K. Moon<br>United States District Judge |

Plaintiff LaQuandra Erica Ross ("Plaintiff" or "Ross"), proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By Order entered August 5, 2014, the court directed Plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of Plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which Plaintiff is or was confined during that six-month period. On August 13, 2014, that Order was returned as undeliverable and marked "Returned to Sender: Not Here." Ross had not provided the court with an updated address and, therefore, the court had no means of contacting Ross. On October 14, 2014 Ross filed a motion to reopen her civil action arguing that her address did not change and that she never received the court's conditional filing order. On June 2, 2015, the court granted the motion and re-opened her civil action giving her ten days to comply with the conditions set forth in the original conditional filed order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and Plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

ENTER: This \_\_\_22nd\_\_\_ day of June, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE