IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| LAQUANDRA ERICA ROSS, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:14-cv-00407 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| VANNESSA BATTLE, *et al*, | ) | By: Norman K. Moon |
| Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff LaQuandra Ross's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This __22nd__ day of June, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE